AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

FILED
United States District Court
Albuquerque, New Mexico

Mitchell R. Elfers
Clerk of Court

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No.   23-MJ-642 BPB |
| | ) | |
| Rockne Gerard Earles | ) | Charging District:   District of Columbia |
| *Defendant* | ) | Charging District's Case No.   23-MJ-76 |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: | This proceeding will be held via Zoom video conferencing with all participants appearing remotely; the Zoom information has been provided to the parties. | Courtroom No.: Zoom Video Conference |
|---|---|---|
| | | Date and Time:   4/25/2023 1:00 PM EST |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date:   4/18/2023

*Judge's signature*

John F. Robbenhaar, US Magistrate Judge
*Printed name and title*